IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH EUGENE MANDER, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CO MUNSHOWER; SCI HOUTZDALE; )<br>JOHN DOE STAFF and PRISON )<br>OFFICIALS, )<br>)<br>Defendants. ) | Civil Action No. 24-0021J<br>Magistrate Judge Maureen P. Kelly<br><br>Re: ECF Nos. 29, 30 |

## **MEMORANDUM ORDER**

Plaintiff Joseph Eugene Mander, III ("Plaintiff), is a prisoner in the custody of the Pennsylvania Department of Corrections and brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed *in forma pauperis* and through his Complaint asserts claims related to the conditions of his confinement at the State Corrections Institution at Houtzdale ("SCI – Houtzdale") ECF No. 18, 26.

Presently before the Court is a Motion for Extension of Time to File Complaint, ECF No. 29, and a Motion to Amend Complaint, ECF No. 30. Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff is permitted to amend his Complaint once as a matter of course no later than 21 days after serving. Fed. R. Civ. P. 15(a)(1)(a). This Court entered an Order on February 27, 2024, directing the United States Marshal to serve the complaint on each of the named Defendants. As such, service has not yet occurred, and Plaintiff may file an Amended Complaint as a matter of course and without leave of Court.

Accordingly, it is HEREBY ORDERED that on or before April 26, 2024, Plaintiff shall file an Amended Complaint. Plaintiff's Amended Complaint, if any, should be a stand-alone document, complete in itself and without reference to any previous pleadings. It should set forth all claims against all parties in short, concise, and plain statements, and in sequentially numbered paragraphs. Plaintiff must sign the Amended Complaint and must indicate the nature of the relief sought. Failure to comply with these instructions may result in the Court striking the amended pleading. As a courtesy, and on this occasion only, the Clerk is directed to provide Plaintiff with a copy of the Complaint and the public docket of this matter.

Dated: March 26, 2024

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: JOSEPH EUGENE MANDER, III
NS4160
SCI HOUTZDALE
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000